THE COMMISSIONER OF PUBLIC CHARITIES, etc., on Complaint of REINE CHEMARDIN, Respondent, v. MAURICE MALCUIS, Appellant.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LANCELOT M. BERKELEY, Appellant.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LANCELOT M. BERKELEY, Appellant.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LANCELOT M. BERKELEY, Appellant.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.